August 27, 2004

Ms. Amy Douthitt Maddux
Baker Botts LLP
910 Louisiana, One Shell Plaza
Houston, TX 77002-4995
Mr. Sid S. Stover
Seale Stover Bisbey & Morian
P. O. Box 480
Jasper, TX 75951

RE: Case Number: 02-0069
 Court of Appeals Number: 09-01-00089-CV
 Trial Court Number: 21952

Style: TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY
 v.
 JEFF A. STURROCK

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Nell Powers District|
| |Clerk |
| |Ms. Carol Anne Flores |